AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bernthal, David G. | U.S. District Court, CD/IL | 5/23/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Ret.) | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 1/1/2016 to 5/1/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Champaign Country Club |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/87 | Deferred Compensation Plan, State of Illinois (former employee) (See Notes Part VIII) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-Employed (Real Estate Broker) |
| 2. | 2016 | Retail (Part-Time Sales) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Marine Bank | A | Interest | J | T | | | | | |
| 2. Angeles Partners XIV | | None | J | W | | | | | |
| 3. Busey Bank Account | A | Interest | J | T | | | | | |
| 4. Busey Bank Account | A | Interest | J | T | | | | | |
| 5. Busey Bank Account | A | Interest | J | T | | | | | |
| 6. Busey Bank Account | A | Interest | J | T | | | | | |
| 7. Busey Bank Account | A | Interest | J | T | | | | | |
| 8. Busey Bank Account | A | Interest | J | T | | | | | |
| 9. T. Rowe Price Retirement Active Trust D | B | Interest | J | T | | | | | |
| 10. Busey Bank Account | A | Interest | J | T | | | | | |
| 11. MFS Value Fund Class I (MEIIX (IRA) | A | Dividend | L | T | | | | | |
| 12. Leader Short Term Fund Bond Institutional Fund LCCIX (IRA) | A | Dividend | K | T | | | | | |
| 13. Parnassus Mid-Cap Fund PARMX (IRA) | | None | L | T | | | | | |
| 14. Principal Global Real Estate Securities Fnd POSPX (IRA) | A | Dividend | K | T | | | | | |
| 15. Templeton Global Bond Fund Advisor Class TGBAX (IRA) | A | Dividend | | | Sold | 01/27/16 | J | | |
| 16. New World Fund Class F-2 NFFFX (IRA) | | None | | | Sold | 01/27/16 | K | | |
| 17. Putnam Convertible Securities Fund Class Y PCGYX (IRA) | | None | | | Sold | 01/27/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Senior Floating Rate Fund Class Y OOSYX (IRA) | A | Dividend | K | T | | | | | |
| 19. The Oakmark International Fund Class I OAKIX (IRA) | | None | K | T | | | | | |
| 20. Eaton Vance Floating Rate Advantage FD Class I EIFAX (IRA) | A | Dividend | K | T | | | | | |
| 21. TCW Relative Value TGIGX (IRA) | A | Dividend | L | T | | | | | |
| 22. Ridgeworth High Income Fund Class I STHTX (IRA) | A | Dividend | | | Sold | 01/27/16 | K | | |
| 23. T. Rowe Price New Horizons PRNHX (IRA) | | None | K | T | | | | | |
| 24. Principal Midcap Fund Class P PMCPX (IRA) | | None | L | T | | | | | |
| 25. Pimco Income Fund Class Inst PIMIX (IRA) | A | Dividend | K | T | | | | | |
| 26. Alliance Bernstein High Income Fund Advisor Class AGDYX (IRA) | A | Dividend | | | Sold | 01/27/16 | K | | |
| 27. Fidelity Advisor New Insights Fund Class I FINSX (IRA) | A | Distribution | L | T | | | | | |
| 28. Hancock Horizon Family Burkenroad Fund Class D HYBUX (IRA) | | None | K | T | | | | | |
| 29. Lord Abbott Large Cap Core Stra. Sep. (IRA) | A | Interest | J | T | | | | | |
| 30. Pershing Government Account (IRA) | | None | J | T | | | | | |
| 31. Invesco Equally Weighted S&P 500 Class Y VADDX (IRA) | | None | K | T | | | | | |
| 32. Ivy International Core Equity Fund Class I ICEIX (IRA) | | None | K | T | | | | | |
| 33. Putnam Multi-Cap Core Fund Class Y PMYYX (IRA) | | None | L | T | | | | | |
| 34. Eaton Vance Short Duration Strategic Income ESIIX (IRA) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Foreign Bond Fund PFORX (IRA) | A | Dividend | K | T | | | | | |
| 36. First Tr Exchange Traded FV (IRA) | | None | K | T | | | | | |
| 37. AC Alternative ACVVX (IRA) | | None | K | T | Buy | 01/28/16 | K | | |
| 38. Lord Abbett Core LCRFX (IRA) | A | Dividend | K | T | Buy | 01/28/16 | K | | |
| 39. New Perspective ANWFX (IRA) | | None | K | T | Buy | 01/28/16 | K | | |
| 40. Putnam Absolute Return 700 PDMYX (IRA) | | None | K | T | Buy | 01/27/16 | K | | |
| 41. Ridgeworth Core Bond STIGX (IRA) | A | Dividend | K | T | Buy | 01/27/16 | K | | |
| 42. Hancock Horizon Family Burkenroad Fund HYBUX (Spouse IRA) | | None | J | T | | | | | |
| 43. MFS International Value Fund MINIX (Spouse IRA) | | None | J | T | | | | | |
| 44. T. Rowe Price Extended Equity Market Index PEXMX (Spouse IRA) | | None | J | T | | | | | |
| 45. Sun America Focused Dividend Stategy Fund FDSWX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 46. Leader Short Term Bond Fund LCCIX (Spouse IRA) | A | Dividend | J | T | | | | | |
| 47. Lord Abbett Growth Leaders LGLFX (Spouse IRA) | | None | J | T | | | | | |
| 48. First TR Exchange Traded FV (Spouse IRA) | | None | J | T | | | | | |
| 49. Pershing Government Account (Spouse IRA) | | None | J | T | | | | | |
| 50. Sun America Focused Dividend Strategy Fund FDSWX (Spouse SEP) | A | Dividend | J | T | | | | | |
| 51. Invesco Equally Weighted S&P 500 Fund VADDX (Spouse SEP) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Index Trust Total Stock VTSMX (Spouse SEP) | A | Dividend | K | T | | | | | |
| 53. Ivy International Core Equity ICEIX (Spouse SEP) | | None | J | T | | | | | |
| 54. Pershing Government Account (Spouse SEP) | | None | J | T | | | | | |
| 55. AC Alternatives ACVVX (Spouse SEP) | | None | K | T | Buy | 02/04/16 | J | | |
| 56. MFS Low Volatility MLVHX (Spouse SEP) | A | Dividend | K | T | Buy | 02/04/16 | J | | |
| 57. Federated Capital Reserves Money Fund (IND) | | None | J | T | | | | | |
| 58. Cozad Small Cap Value Fund Class I COZIX (IND) | | None | K | T | Sold (part) | 02/11/16 | J | | |
| 59. Delaware Value Fund Class I DDVIX (IND) | A | Dividend | K | T | Sold (part) | 02/11/16 | J | | |
| 60. Federated Capital Reserves Money Fund (IND EI) | | None | J | T | | | | | |
| 61. American Electric Power Co AEP (IND EI) | A | Dividend | J | T | | | | | |
| 62. American Software Inc CL A AMSWA (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 63. American STS Water Co AWR (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 64. Apollo Invt Corp AINV (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 65. ARES Cap Corp ARCC (IND EI) | | None | | | Sold | 02/24/16 | J | | |
| 66. Bristol Myers Squibb BMY (IND EI) | A | Dividend | | | Sold | 02/04/16 | J | | |
| 67. CA Inc CA (IND EI) | A | Dividend | J | T | | | | | |
| 68. Calamos Asset Mgmt Inc Cl A CLMS (IND EI) | | None | | | Sold | 02/05/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Conagra Foods Inc CAG (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 70. Consolidated Communications Hldgs CNSL (IND EI) | A | Dividend | | | Sold | 02/05/16 | J | | |
| 71. Diebold Inc DBD (IND EI) | | None | | | Sold | 02/04/16 | J | | |
| 72. Dupont Fabros Technology Inc DFT (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 73. Garmin Ltd Shs GRMN (IND EI) | A | Dividend | J | T | | | | | |
| 74. Genuine Parts Co GPC (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 75. Kimberly Clark KMB (IND EI) | A | Dividend | | | Sold | 02/04/16 | J | | |
| 76. Kinder Morgan Inc Del KMI (IND EI) | A | Dividend | | | Sold | 02/04/16 | J | | |
| 77. Merck & Co MRK (IND EI) | A | Dividend | J | T | | | | | |
| 78. MFA Finl Inc MFA (IND EI) | A | Dividend | J | T | | | | | |
| 79. Microchip Technology MCHP (IND EI) | A | Dividend | J | T | | | | | |
| 80. Northrop Grumman NOC (IND EI) | | None | | | Sold | 02/04/16 | J | | |
| 81. Paychex Inc PAYX (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 82. Pfizer Inc PFE (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 83. Realty Income Corp O (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 84. Reynolds Amern Inc RAI (IND EI) | A | Dividend | J | T | Sold (part) | 02/04/16 | J | | |
| 85. RPM Intl Inc RPM (IND EI) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Science Applications Intl Corp SAIC (IND EI) | A | Dividend | | | Sold | 02/04/16 | J | | |
| 87. Southern Co (IND EI) | A | Dividend | J | T | | | | | |
| 88. Spectra Energy Corp SE (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 89. Universal Health Rlty Income UHT (IND EI) | | None | | | Sold | 02/05/16 | J | | |
| 90. Williams Cos Inc WMB (IND EI) | | None | | | Sold | 02/04/16 | J | | |
| 91. WP Carey Inc WPC (IND EI) | A | Dividend | J | T | | | | | |
| 92. Crown Castle Intl CCI (IND EI) | A | Dividend | J | T | | | | | |
| 93. Hospitality PPTYS TR HPT (IND EI) | A | Dividend | | | Sold | 02/12/16 | J | | |
| 94. RMR Group Inc (spinof of Hospitality PPTYS) RMR (IND EI) | | None | | | Sold | 02/05/16 | J | | |
| 95. Kronos Worldwide KRO (IND EI) | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 96. Leidos Hldgs LDOS (IND EI) | A | Dividend | J | T | | | | | |
| 97. Old Republic Intl ORI (IND EI) | | None | | | Sold | 02/12/16 | J | | |
| 98. Pacwest Bancorp PACW (IND EI) | A | Dividend | | | Sold | 02/24/16 | J | | |
| 99. Western Refining Inc WNR (IND EI) | A | Dividend | J | T | Buy (add'l) | 02/04/16 | J | | |
| 100. Cal Maine Foods CALM (IND EI) | | None | J | T | Buy | 02/04/16 | J | | |
| 101. Darden Restaurants DRI (IND EI) | | None | J | T | Buy | 02/04/16 | J | | |
| 102. DTE Energy DTE (IND EI) | A | Dividend | J | T | Buy | 02/04/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Mosaic MOS (IND EI) | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 104. NuSkin NUS (IND EI) | | None | | | Buy | 02/04/16 | J | | |
| 105. NuSkin NUS (IND EI) | | None | | | Sold | 02/12/16 | J | | |
| 106. Senior Hsg PPTYS SNH (IND EI) | | None | J | T | Buy | 02/04/16 | J | | |
| 107. Timkon TKR (IND EI) | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 108. Western Digital WDC (IND EI) | A | Dividend | J | T | Buy | 02/04/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. AGREEMENTS -

1. Deferred Compensation Plan - I am no longer contributing or participating in the plan. Administrators will hold previous contributions pursuant to an irrevocable election.

VII. INVESTMENTS and TRUSTS --

Whenever Column B(1) is left blank and B(2) says "None," for an asset not disposed of, it means there was zero income of any kind attributable to that asset during the reporting period. (Example, Line 32)

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 5/23/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ David G. Bernthal

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544